UgUNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Hon. William H. Walls |
| KELVIN L. JONES, a/k/a "Mike Smith," | : | |
| DANNY BANNOUT, a/k/a "D," | : | Criminal No. 10-366 (WHW) |
| ANSELMO JIMENES, a/k/a "Ansemo Jimenes," and | : | |
| LUIS REYES | : | **CONTINUANCE ORDER** |

This matter having been opened to the Court on the joint application of defendants Kelvin L. Jones (Michael A. Orozco, Esq., appearing), Danny Bannout (Harry C. Batchelder, Jr., Esq., appearing), Anselmo Jimenes (Edward Sapone, Esq., appearing), Luis Reyes (Paulette Pitt, Esq., appearing) and Paul J. Fishman, United States Attorney (Christopher J. Gramiccioni and Eric T. Kanefsky, Esqs., appearing) for an Order resetting the date for the commencement of trial.  Having found such Order to be appropriate and good cause having been shown, the Court makes the following findings in support of entering such Order:

  1. The defendants require additional time to obtain and review discovery, to prepare a defense at trial, and to determine whether a plea disposition is in their best interests.

  2. All parties to this case have consented to the proposed adjournment.

4. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public in a speedy trial.

IT IS, therefore, on this _____ day of July, 2010,

ORDERED that:

1. Trial in the aforementioned case shall commence on November 3, 2010 at 9:30 a.m.;

2. All pretrial motions not otherwise specifically provided for in the Court's Order for Discovery and Inspection dated July 7, 2010 in this case will be deemed waived unless they are filed and served not later than:

**Defts. motions to be filed by: September 27, 2010**

**Gov't response by: October 25, 2010**

**Oral Argument (if necessary): To be set by Court**

2. The time period from July 27, 2010 to November 3, 2010 shall be excluded from computing time under the Speedy Trial Act of 1974; and

3. The remaining provisions of the Order for Discovery and Inspection dated July 7, 2010 in this case shall remain in full force and effect.

_____
HON. WILLIAM H. WALLS
United States District Judge

2