UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls, U.S.D.J. |
| v. | : | Crim. No. 10-366 (WHW) |
| KELVIN L. JONES, | : | |
| a/k/a "Mike Smith" | : | <u>ORDER FOR DISMISSAL OF COUNT 5 OF THE SUPERSEDING INDICTMENT</u> |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses Count 5 of the Superseding Indictment, Criminal No. 10-366 (WHW), against defendant Kelvin L. Jones, a/k/a "Mike Smith," which Superseding Indictment was returned by the grand jury on June 23, 2010, charging the defendant with attempted witness tampering, in violation of Title 18, United States Code, Sections 1512(b)(1) and (b)(3) and Section 2, because the prosecution of this charge is not in the interest of the United States at this time.

This dismissal is without prejudice.

*[signature: Paul J. Fishman]*
PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. WILLIAM H. WALLS
United States District Judge

Dated: 9 November 2010