# MACK & GIL, LLC

Attorneys-At-Law
A Limited Liability Company

| | | |
|---|---|---|
| ANTHONY C. MACK**⁺**<br>KELVIN R. GIL*<br>* NJ AND NY BARS<br>⁺ Admitted to US Supreme Court | 60 PARK PLACE<br>SUITE 1104<br>NEWARK, NJ 07102<br>(973) 624-7800<br>FAX (973) 624-5005 | NEW YORK OFFICE<br>20 VESEY STREET, SUITE 503<br>NEW YORK, NY 10007<br>REPLY TO NJ OFFICE |

March 23, 2012

**via email @ loretta.minott@njd.uscourts.gov**
U.S. District Court- New Jersey
50 Walnut Street
Newark, NJ 07102

Attn.: Hon. William Walls, S.U.S.D.J.

          Re.: Kelvin Jones
          Docket No.: 10-cr-366
          USCA# 11-3542

Dear Judge Walls:

    Please be advised that this office was appointed by your Honor to represent Kelvin Jones, on March 14, 2012, in his appeal listed above.

    On March 22, 2012, I filed an appearance with the Third Circuit and was contacted by Mr. Jones' attorney, Marc Fernich, who is retained and was curious as to why I filed an appearance on behalf of his client. Apparently, he has been retained since January 2012.

    Thus, I will be withdrawing my appearance as he has retained counsel. I thank you for considering me for this matter and hope you will keep me in mind for any future appointments.

    Please call with questions and/or concerns.

                                        Respectfully,

                                        Anthony C. Mack, Esq.

*So Ordered:*
*4/2/2012*

ACM/jjr